Copy

# NOTE     Loan Number:

AUGUST 9, 2007          MONTGOMERY          ALABAMA
[Date]                  [City]              [State]

4029 KEATING DRIVE, MONTGOMERY, ALABAMA 36110
[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 55,100.00      (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is EQUISOUTH MORTGAGE, INCORPORATED, ALABAMA CORPORATION
I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of    7.875 %.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

## 3. PAYMENTS

(A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the 1st day of each month beginning on OCTOBER 1, 2007. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on SEPTEMBER 1, 2037, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at 8326 CROSSLAND LOOP, MONTGOMERY, ALABAMA 36117

or at a different place if required by the Note Holder.

(B) Amount of Monthly Payments

My monthly payment will be in the amount of U.S. $ 399.51

## 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

## 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit;

MULTISTATE FIXED RATE NOTE--Single Family
Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3200 1/01                    Page 1 of 3

DocMagic *eForms* 800-649-1362
www.docmagic.com

Js3200.not



Copy

and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

## 6. BORROWER'S FAILURE TO PAY AS REQUIRED

**(A) Late Charge for Overdue Payments**

If the Note Holder has not received the full amount of any monthly payment by the end of 15 calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be 5.000 % of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

**(B) Default**

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

**(C) Notice of Default**

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

**(D) No Waiver By Note Holder**

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**(E) Payment of Note Holder's Costs and Expenses**

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 7. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 8. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 9. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

## 10. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep

MULTISTATE FIXED RATE NOTE--Single Family
Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3200 1/01
Page 2 of 3

DocMagic eForms 800-649-1362
www.docmagic.com

Js3200.not

Case 15-31997    Doc 25-1    Filed 11/10/15    Entered 11/10/15 08:40:10    Desc Exhibit
EXHIBIT A    Page 2 of 5

Copy

the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

    If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

    If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.
CAUTION - IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT. (ALA CODE 5-19-6)

_____Brenda G Patterson_____ (Seal)
BRENDA G PATTERSON   -Borrower

_____ (Seal)
  -Borrower

_____ (Seal)
  -Borrower

_____ (Seal)
  -Borrower

_____ (Seal)
  -Borrower

_____ (Seal)
  -Borrower

[Sign Original Only]

MULTISTATE FIXED RATE NOTE--Single Family
Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3200 1/01      Page 3 of 3

DocMagic eForms 800-649-1362
www.docmagic.com

Js3200.not

Case 15-31997    Doc 25-1    Filed 11/10/15    Entered 11/10/15 08:40:10    Desc Exhibit
EXHIBIT A    Page 3 of 5

# ALLONGE TO PROMISSORY NOTE

Attachment to a certain Promissory Note executed by BRENDA G PATTERSON and payable to the order of Equisouth Mortgage, Inc., in the principal sum of $ 55,100.00, dated this 9th day of August, 2007.

For value received, without recourse, pay to the order of **CitiMortgage, Inc.**

EQUISOUTH MORTGAGE, INC.

BY: _Morris A. Capouano_
ITS: President

Pay to the order of
without recourse on us CitiMortgage, Inc.
F/K/A Citicorp Mortgage, Inc.
D/B/A Citicorp Mortgage, Inc
behalf or as Attorney-In-Fact for Citibank FSB;
Citibank (New York State); Citibank (Nevada), NA;
Citibank, NA F/K/A Citibank (West) FSB

Janet L. Syms, Senior Vice President
CitiMortgage, Inc.

STATE OF ALABAMA
County of Montgomery

I, the undersigned authority in and for said counties in said state hereby certify that **Morris A. Capouano**, whose name as **President** of Equisouth Mortgage, Inc., a corporation, is signed to the foregoing instrument and conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the said instrument and conveyance, he as such officer and with full authority, executed the same voluntarily for and with full authority, executed the same voluntarily for and as the act of said corporation on the same bears date.

Given under my hand and official seal of office on the 9th day of August, 2007.

{SEAL}

_Brenda J Washington_
NOTARY PUBLIC, State at Large
Brenda J. Washington

Commission Expiration: 02/28/2010

Copy

Loan Number: ███████

# LATE FEE ADDENDUM
# TO PROMISSORY NOTE

Property Address: 4029 KEATING DRIVE, MONTGOMERY, ALABAMA 36110

THIS LATE FEE ADDENDUM ("ADDENDUM") is made this 9th day of AUGUST, 2007 and is incorporated into and intended to form a part of the Promissory Note (the "Note") dated the same date as the Addendum executed by the undersigned and payable to EQUISOUTH MORTGAGE, INCORPORATED, ALABAMA CORPORATION (the "Lender").

THIS ADDENDUM supersedes and replaces Section 6 (A) of the Note. This Addendum does not supersede, replace or revise any other Section of the Note.

6. **BORROWER'S FAILURE TO PAY AS REQUIRED**
   (A) Late Charge for Overdue Payments
   If the Note Holder has not received the full amount of any monthly payment by the end of 15 calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be 5.000% of the payment or $10.00 (whichever is greater) but not more than $100.00. I will pay this late charge promptly but only once on each payment.

_Brenda G Patterson_  8/9/07
Borrower                Date
BRENDA G PATTERSON

_____  ____
Borrower                Date

_____  ____
Borrower                Date

_____  ____
Borrower                Date

_____  ____
Borrower                Date

_____  ____
Borrower                Date

LATE FEE ADDENDUM TO PROMISSORY NOTE
11/22/06

DocMagic eForms 800-649-1362
www.docmagic.com

.fatpn.msc